ANNA IRVING, Respondent, *v.* ELIZA BRUEN, Appellant.

*Irving* v. *Bruen,* 110 App. Div. 558, affirmed.
(Argued November 28, 1906; decided December 18, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

·   MEMORANDA.

January 20, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to set aside a certain deed and a will upon the ground of incompetency.

*D. J. Sullivan* for appellant.

*Erskine C. Rogers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN and WILLARD BARTLETT, JJ. Not sitting: CHASE, J. Absent: O'BRIEN, J.